Exhibit G

CNA Sony Computer Entertainment America
December 02, 2009

1

1          IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF TEXAS
2                   TYLER DIVISION

3    MARVELL SEMICONDUCTOR,     )
     INC. MARVELL ASIA PTE,     )
4    LTD., AND MARVELL INTL.,   )
     LTD.                       )
5                               )
     vs.                        )   CASE NO. 6-07-CV-204-LED
6                               )
     COMMONWEALTH SCIENTIFIC    )
7    AND INDUSTRIAL RESEARCH    )
     ORGANISATION               )

8

9

10

11

12          CERTIFICATE OF NON-APPEARANCE

13   SONY COMPUTER ENTERTAINMENT AMERICA, INC.

14             DECEMBER 2, 2009

15

16                 ORIGINAL

17

18

19

20

21

22

23

24

25

CNA Sony Computer Entertainment America
December 02, 2009

2

1               CERTIFICATE OF NONAPPEARANCE

2                  FOR THE DEPOSITION OF

3        SONY COMPUTER ENTERTAINMENT AMERICA, INC.

4               MR. RAMBIN:   This is Jeff Rambin.   I'm

5   counsel for Commonwealth Scientific and Industrial

6   Research Organisation.

7               We're here this morning pursuant to a

8   deposition notice for 30(B)(6) representative of Sony

9   Computer Entertainment America, Inc.

10              The deposition was originally scheduled

11  to take place on November 30th, 2009, at 9:00 a.m.   I

12  am attaching as Exhibit No. 1 to this deposition the

13  deposition notice, including all the exhibits thereto.

14              Pursuant to a telephone call and a letter

15  agreement with attorney for Sony Computer Entertainment

16  America, the deposition was rescheduled for today,

17  December 2nd, 2009.

18              We are here in our offices where the

19  deposition was noticed to take place.   It is now 9:20 or

20  thereabouts and no one from Sony Computer Entertainment

21  America has appeared.

22              I will state for the record that I did

23  get a call from counsel for Sony Computer Entertainment

24  America, Inc., last night at around 6:00 o'clock Central

25  time, 4:00 o'clock Pacific time.   I was on another

CNA Sony Computer Entertainment America
December 02, 2009

3

1 conference call.  I returned the call, left a message

2 with both my office number and the cell number, and I

3 have not heard anything back from counsel for Sony

4 Computer Entertainment America.

5              I attach as Exhibit No. 2 to this

6 deposition the November 24th, 2009, letter from Sony

7 Computer Entertainment America, Inc., acknowledging

8 receipt of the subpoena and documenting the extension

9 until December 2nd, 2009.

10              SUBSCRIBED AND SWORN TO UNDER MY HAND on

11 this the 2nd day of December, 2009.

12

13

14                                                                           

15 Tammy L. Goolsby, CSR, RPR
   Texas CSR 3101
   Expiration:  12/31/08

16 GRETCHEN SHORE COURT REPORTING
   AND LITIGATION SUPPORT

17 FIRM REGISTRATION 90
   P. O. BOX 1789

18 LONGVIEW, TEXAS  75606
   (903) 758-2183

19

20

21

22

23

24

25

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

|  |  |  |
|---|---|---|
| MARVELL SEMICONDUCTOR, INC. MARVELL ASIA PTE., LTD., and MAVELL INTL., LTD, | § § § § | |
| Plaintiffs and Counterdefendants, | § § | Civil Action No. 6-07-CV-204 LED |
| v. | § § | **Jury Trial Demanded** |
| COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION, | § § § § | |
| Defendant and Counterclaimant. | § § | |

## COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION'S NOTICE OF INTENT TO DEPOSE A REPRESENTATIVE FOR SONY COMPUTER ENTERTAINMENT AMERICA, INC. PURSUANT TO FED. R. CIV. PRO. 30(B)(6)

PLEASE TAKE NOTICE that pursuant to Rule 30(b)(6) of the Federal Rules of Civil

Procedure, Plaintiff Commonwealth Scientific and Industrial Research Organisation will take the

deposition upon oral examination of Sony Computer Entertainment America, Inc., 919 E.

Hillsdale Boulevard, Suite 200, Foster City, CA 94404-2176, commencing on Monday,

November 30, 2009, at 9:00 a.m.  Sony Computer Entertainment America, Inc. can be served

through its registered agent for service of process Corporation Service Company d/b/a CSC –

Lawyers Inco, 211 E. 7th Street, Suite 620, Austin, Texas 78701.  The deposition will be

conducted at the offices of Capshaw DeRieux LLP at 1127 Judson Road, Suite 200, Longview,

Texas 75601, or other such place as agreed upon by the parties.  Sony Computer Entertainment

America, Inc. is directed to designate and produce one or more of its officers, directors,

managing agents, or other designated persons to testify on its behalf as to the information known

EXHIBIT   1

or reasonably available to Sony Computer Entertainment America, Inc. concerning the matters set forth in ATTACHMENT A.

This is an independent Rule 30(b)(6) notice that does not supersede, modify, or affect in any manner other Rule 30(b)(6) notices that have been served during this litigation.

The deposition will be recorded stenographically before a notary Public or other officer authorized to administer oaths, and shall continue day-to-day, excluding weekends and holidays, until completed.

DATED: November 23, 2009        Respectfully submitted,


By: /s/ S. Calvin Capshaw
    S. Calvin Capshaw
    State Bar No. 03783900
    ccapshaw@capshawlaw.com
    Elizabeth L. DeRieux
    State Bar No. 05770585
    ederieux@capshawlaw.com
    D. Jeffrey Rambin
    State Bar No. 00791478
    jrambin@capshawlaw.com
    Capshaw DeRieux, L.L.P.
    1127 Judson Road, Suite 220
    Longview, Texas 75601
    Telephone: (903) 236-9800
    Facsimile: (903) 236-8787

    Attorneys for Defendant,
    COMMONWEALTH SCIENTIFIC AND
    INDUSTRIAL RESEARCH ORGANISATION

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served the 23rd day November, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3), or to the extent not available in that manner, counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ S. Calvin Capshaw
S. Calvin Capshaw

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

MARVELL SEMICONDUCTOR, INC.
MARVELL ASIA PTE., LTD., and MARVELL
INTL., LTD,

               Plaintiffs and
               Counterdefendants,

        v.

COMMONWEALTH SCIENTIFIC AND
INDUSTRIAL RESEARCH ORGANISATION,

               Defendant and
               Counterclaimant.

§
§
§
§
§
§
§
§
§
§
§
§
§
§

Civil Action No. 6-07-CV-204 LED

**Jury Trial Demanded**

## ATTACHMENT A

Definitions

The following terms and definitions shall apply to this Notice:

1) "And" as used herein shall mean and/or;

2) "Identification," "identify," or "identify," when used with reference to:

    a.   An individual person means to state his or her full name, present or last known

        employer, job title, present or last known residential address and telephone

        number, and present or last known business address and telephone number;

    b.   A business entity means to state the full name and address of the entity and the

        names and positions of the individual or individuals connected with such entity

        who have knowledge of the information requested; and

    c.   A document means to state the type of document (letter, report, fact sheet, etc.);

        its date, author(s) or originator(s), addressees; all individuals who received copies

        of the document; the identity of the persons known or presumed by you to have

present possession, custody, or control thereof; and a brief description of the subject matter and present location;

3) "Person" or "people" shall refer to any natural person, firm association, partnership, corporation, group, organization, or other form of legal business entity.

4) "You " or "your" means Sony Computer Entertainment America, Inc. and includes any officers, directors, partners, associates, employees, staff members, agents, representatives, attorneys, foreign or domestic subsidiaries, parents, affiliates, divisions, successors, predecessors, and any other related entities, and specifically includes all assets or companies that have been acquired by Defendant or with respect to which it has succeeded to rights and/or obligations.

<u>Sony Computer Entertainment America, Inc. 30(b)(6) Deposition Topics</u>

I.   The documents, records, reports, and things contained in ATTACHMENT B and videos contained in ATTACHMENT C, (collectively referred to as "Material at Issue") including:

A.   The identification of the Material at Issue;

B.   Confirmation or denial that the Material at Issue is or was publicly available on your website;

C.   Confirmation or denial that Material at Issue was placed on the web by you;

D.   Confirmation or denial that the originals of the Material at Issue are within your "possession, custody or control" under Fed.R.Civ.P. 26(a)(1)(A)(ii);

E.   Confirmation or denial that the Material at Issue was *made* in the regular course of your business;

F.   Confirmation or denial that the Material at Issue was *kept* in the regular course of your business;

G.   Confirmation or denial that the Material at Issue was made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

H.   Confirmation or denial that the entries on or contained in the Material at Issue were made at or near the time of the act, event, statement, information, or transaction recorded or reflected in the Material at Issue;

I.   Confirmation or denial that it was in the regular course of your business for a person with knowledge of the acts, events, statements, conditions, or opinions recorded or reflected in or on the Material at Issue to make or record or transmit the information to be included in the Material at Issue; and

J.   Discussion, exploration, explanation, or investigation of the items above if the answers are anything other than a whole and unqualified confirmation, and to the extent that such answers are required, the documents, reports, videos, and other materials will be referred to separately as needed.

II.   Confirm the identity of the following corporate officers:

A.   Howard Stringer;

B.  Ryoji Chubachi; and

C.  Kazuo Hirai.

III.  Confirm statements attributed to you in the article(s) in ATTACHMENT D.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

MARVELL SEMICONDUCTOR, INC.
MARVELL ASIA PTE., LTD., and MARVELL
INTL., LTD,

§
§
§
§
§
§

Plaintiffs and
Counterdefendants,

§
§
§

Civil Action No. 6-07-CV-204 LED

v.

§
§

**Jury Trial Demanded**

COMMONWEALTH SCIENTIFIC AND
INDUSTRIAL RESEARCH ORGANISATION,

§
§
§
§

Defendant and
Counterclaimant.

§
§
§

## ATTACHMENT B

**See documents contained on CD which is attached.**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

MARVELL SEMICONDUCTOR, INC.
MARVELL ASIA PTE., LTD., and MARVELL
INTL., LTD,

      Plaintiffs and
      Counterdefendants,

      v.

COMMONWEALTH SCIENTIFIC AND
INDUSTRIAL RESEARCH ORGANISATION,

      Defendant and
      Counterclaimant.

Civil Action No. 6-07-CV-204 LED

**Jury Trial Demanded**

## ATTACHMENT C

**See video(s) contained on CD which is attached.**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

MARVELL SEMICONDUCTOR, INC.
MARVELL ASIA PTE., LTD., and MARVELL
INTL., LTD,

        Plaintiffs and
        Counterdefendants,

    v.

COMMONWEALTH SCIENTIFIC AND
INDUSTRIAL RESEARCH ORGANISATION,

        Defendant and
        Counterclaimant.

Civil Action No. 6-07-CV-204 LED

**Jury Trial Demanded**

## ATTACHMENT D

**See article(s)  contained on CD which is attached.**





**SONY**

Sony Computer Entertainment America Inc.
919 East Hillsdale Blvd.
Foster City, California 94404-2175
650 655 8000
650 655 8001 Fax

COMPUTER
ENTERTAINMENT®

NOV 25 2009

**VIA FEDEX**

November 24, 2009

D. Jeffrey Rambin
Capshaw, DeRieux, L.L.P.
1127 Judson Road, Suite 220
Longview, TX 75061

Re:     **Marvel Semicinductor, Inc., et al v. Commonwealth Scientific and Industrial Research Organisation, Civil Action No. 6-07-CV-204 LED**

Dear Mr. Rambin,

This letter confirms our telephone conversation earlier today, wherein you granted Sony Computer Entertainment America Inc. ("SCEA") an extension of time until December 2, 2009, to respond to the subpoena in the above-referenced action. Notwithstanding the extension of time, and as I mentioned during our telephone conversation, SCEA objects to the subpoena on the grounds that the amount of notice provided is unreasonable, especially in light of the intervening Thanksgiving holidays. Furthermore, as I also mentioned to you today, we have not yet received the CD attachments referred to in the subpoena, and SCEA reserves all further grounds for objection.

Very truly yours,

Daniel J. Herp
Sony Computer Entertainment America Inc.

EXHIBIT 2

From:   Origin ID: BWCA   (650) 655-5521
Julie Iverson
So  mputer Entertainment
91  ilsdale Blvd

Foster City, CA 94404



Ship Date: 24NOV09
ActWgt: 1.0 LB
CAD: 100072101/INET9090

Account#: S *********

SHIP TO:   (903) 236-9800   BILL SENDER
**Capshaw DeRieux, L.L.P.**
**D.Jeffrey Rambin**
**1127 JUDSON RD STE 220**

**LONGVIEW, TX 75601**

Delivery Address Bar Code

Ref #
Invoice #
PO #
Dept #   900



TRK#
0201   7930 4876 3060

WED - 25NOV      A2
**STANDARD OVERNIGHT**
ASR

**XX GGGA**

**75601**
TX-US
SHV



---

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic valueof the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.