# Exhibit H

CNA of Sony Electronics, Inc.
November 30, 2009

```
 1            IN THE UNITED STATES DISTRICT COURT
               FOR THE EASTERN DISTRICT OF TEXAS
 2                       TYLER DIVISION

 3   MARVELL SEMICONDUCTOR,     )
     INC. MARVELL ASIA PTE,     )
 4   LTD., AND MARVELL INTL.,   )
     LTD.                       )
 5                              )
     vs.                        )  CASE NO. 6-07-CV-204-LED
 6                              )
     COMMONWEALTH SCIENTIFIC    )
 7   AND INDUSTRIAL RESEARCH    )
     ORGANISATION               )
 8

 9

10

11

12              CERTIFICATE OF NON-APPEARANCE

13                   SONY ELECTRONICS, INC.

14                    NOVEMBER 30, 2009

15

16                        ORIGINAL

17

18

19

20

21

22

23

24

25
```

```
 1              CERTIFICATE OF NONAPPEARANCE
 2      FOR THE DEPOSITION OF SONY ELECTRONICS, INC.
 3              MS. HANNAH:  This is Jessica Hannah with
 4  Capshaw DeRieux.  Today is Monday, November 30th, 2009,
 5  at 9:15 a.m.
 6              We are at the offices of Capshaw DeRieux
 7  in Longview, Texas, and I am here for a deposition of
 8  Sony Electronics pursuant to the subpoena and notice
 9  served on Monday, November 23rd, 2009, in the case of
10  Marvell Semiconductor, Inc. versus Commonwealth
11  Scientific and Industrial Research Organisation, Case
12  No. 6-07-CV-204 in the Eastern District of Texas -- in
13  the United States District Court for the Eastern
14  District of Texas, Tyler Division.
15              We are going on the record right now just
16  to confirm that we have no appearance by Sony
17  Electronics, and I guess that's it.
18              SUBSCRIBED AND SWORN TO UNDER MY HAND
19  on this the 2nd day of December, 2009.
20
21                      Tammy L. Goolsby, CSR, RPR
22                      Texas CSR 3101
                        Expiration:  12/31/08
23                      GRETCHEN SHORE COURT REPORTING
                        AND LITIGATION SUPPORT
24                      FIRM REGISTRATION 90
                        P. O. BOX 1789
25                      LONGVIEW, TEXAS  75606
                        (903) 758-2183
```

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| MARVELL SEMICONDUCTOR, INC. MARVELL ASIA PTE., LTD., and MARVELL INTL., LTD, | § § § § § § § § § § § § § § § § § | |
| Plaintiffs and Counterdefendants, | | Civil Action No. 6-07-CV-204 LED |
| | | **Jury Trial Demanded** |
| v. | | |
| COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION, | | |
| Defendant and Counterclaimant. | | |

### COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION'S NOTICE OF INTENT TO DEPOSE A REPRESENTATIVE FOR SONY ELECTRONICS, INC. PURSUANT TO FED. R. CIV. PRO. 30(B)(6)

PLEASE TAKE NOTICE that pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Plaintiff Commonwealth Scientific and Industrial Research Organisation will take the deposition upon oral examination of Sony Electronics, Inc., 555 Madison Ave., Floor 8 c/o Sony Corp. of America, New York, NY 10022-3337, commencing on Monday, November 30, 2009, at 9:00 a.m. Sony Electronics, Inc. can be served through its registered agent for service of process Corporation Service Company d/b/a CSC – Lawyers Inco, 211 E. 7th Street, Wuite 620, Austin Texas 78701. The deposition will be conducted at the offices of Capshaw DeRieux LLP at 1127 Judson Road, Suite 200, Longview, Texas 75601, or other such place as agreed upon by the parties. Sony Electronics, Inc. is directed to designate and produce one or more of its officers, directors, managing agents, or other designated persons to testify on its behalf as to the information known or reasonably available to Sony Electronics, Inc. concerning the matters set forth in ATTACHMENT A.

EXHIBIT 1

This is an independent Rule 30(b)(6) notice that does not supersede, modify, or affect in any manner other Rule 30(b)(6) notices that have been served during this litigation.

The deposition will be recorded stenographically before a notary Public or other officer authorized to administer oaths, and shall continue day-to-day, excluding weekends and holidays, until completed.

DATED: November 23, 2009             Respectfully submitted,

                              By: /s/ S. Calvin Capshaw
                                  S. Calvin Capshaw
                                  State Bar No. 03783900
                                  ccapshaw@capshawlaw.com
                                  Elizabeth L. DeRieux
                                  State Bar No. 05770585
                                  ederieux@capshawlaw.com
                                  D. Jeffrey Rambin
                                  State Bar No. 00791478
                                  jrambin@capshawlaw.com
                                  Capshaw DeRieux, L.L.P.
                                  1127 Judson Road, Suite 220
                                  Longview, Texas 75601
                                  Telephone: (903) 236-9800
                                  Facsimile: (903) 236-8787

                                  Attorneys for Defendant,
                                  COMMONWEALTH SCIENTIFIC AND
                                  INDUSTRIAL RESEARCH ORGANISATION

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served the 23rd day November, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3), or to the extent not available in that manner, counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                              /s/ S. Calvin Capshaw
                                              S. Calvin Capshaw

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| MARVELL SEMICONDUCTOR, INC. MARVELL ASIA PTE., LTD., and MARVELL INTL., LTD, <br><br> Plaintiffs and Counterdefendants, <br><br> v. <br><br> COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION, <br><br> Defendant and Counterclaimant. | § § § § § § § § § § § § § § § § | Civil Action No. 6-07-CV-204 LED <br><br> **Jury Trial Demanded** |

## ATTACHMENT A

### Definitions

The following terms and definitions shall apply to this Notice:

1) "And" as used herein shall mean and/or;

2) "Identification," "identify," or "identify," when used with reference to:

   a. An individual person means to state his or her full name, present or last known employer, job title, present or last known residential address and telephone number, and present or last known business address and telephone number;

   b. A business entity means to state the full name and address of the entity and the names and positions of the individual or individuals connected with such entity who have knowledge of the information requested; and

   c. A document means to state the type of document (letter, report, fact sheet, etc.); its date, author(s) or originator(s), addressees; all individuals who received copies of the document; the identity of the persons known or presumed by you to have

   present possession, custody, or control thereof; and a brief description of the subject matter and present location;

3) "Person" or "people" shall refer to any natural person, firm association, partnership, corporation, group, organization, or other form of legal business entity.

4) "You " or "your" means Sony Electronics, Inc. and includes any officers, directors, partners, associates, employees, staff members, agents, representatives, attorneys, foreign or domestic subsidiaries, parents, affiliates, divisions, successors, predecessors, and any other related entities, and specifically includes all assets or companies that have been acquired by Defendant or with respect to which it has succeeded to rights and/or obligations.

## Sony Electronics, Inc. 30(b)(6) Deposition Topics

I. The documents, records, reports, and things contained in ATTACHMENT B and videos contained in ATTACHMENT C, (collectively referred to as "Material at Issue") including:

   A. The identification of the Material at Issue;

   B. Confirmation or denial that the Material at Issue is or was publicly available on your website;

   C. Confirmation or denial that Material at Issue was placed on the web by you;

   D. Confirmation or denial that the originals of the Material at Issue are within your "possession, custody or control" under Fed.R.Civ.P. 26(a)(1)(A)(ii);

   E. Confirmation or denial that the Material at Issue was *made* in the regular course of your business;

   F. Confirmation or denial that the Material at Issue was *kept* in the regular course of your business;

   G. Confirmation or denial that the Material at Issue was made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

   H. Confirmation or denial that the entries on or contained in the Material at Issue were made at or near the time of the act, event, statement, information, or transaction recorded or reflected in the Material at Issue;

   I. Confirmation or denial that it was in the regular course of your business for a person with knowledge of the acts, events, statements, conditions, or opinions recorded or reflected in or on the Material at Issue to make or record or transmit the information to be included in the Material at Issue; and

   J. Discussion, exploration, explanation, or investigation of the items above if the answers are anything other than a whole and unqualified confirmation, and to the extent that such answers are required, the documents, reports, videos, and other materials will be referred to separately as needed.

II. Confirm the identity of the following corporate officers:

   A. Howard Stringer;

1) Ryoji Chubachi; and
2) Kazuo Hirai.

III.   Confirm statements attributed to you in the article(s) in ATTACHMENT D.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| MARVELL SEMICONDUCTOR, INC. MARVELL ASIA PTE., LTD., and MARVELL INTL., LTD, | § § § § § § | |
| Plaintiffs and Counterdefendants, | § § § | Civil Action No. 6-07-CV-204 LED |
| v. | § § | **Jury Trial Demanded** |
| COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION, | § § § § | |
| Defendant and Counterclaimant. | § § | |

## ATTACHMENT B

**See documents contained on CD which is attached.**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| MARVELL SEMICONDUCTOR, INC. MARVELL ASIA PTE., LTD., and MARVELL INTL., LTD, | § § § § | |
| Plaintiffs and Counterdefendants, | § § § | Civil Action No. 6-07-CV-204 LED |
| v. | § § | **Jury Trial Demanded** |
| COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION, | § § § | |
| Defendant and Counterclaimant. | § § | |

## ATTACHMENT C

See video(s) contained on CD which is attached.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| MARVELL SEMICONDUCTOR, INC. MARVELL ASIA PTE., LTD., and MARVELL INTL., LTD, <br><br> Plaintiffs and Counterdefendants, <br><br> v. <br><br> COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION, <br><br> Defendant and Counterclaimant. | § § § § § § § § § § § § § § § § Civil Action No. 6-07-CV-204 LED <br><br> **Jury Trial Demanded** |

## ATTACHMENT D

See article(s) contained on CD which is attached.