# Exhibit J

AO 88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| | |
|---|---|
| MARVELL SEMICONDUCTOR, INC., et al., <br> *Plaintiff* <br> v. <br> COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 6:07-cv-204 LED <br> ) <br> ) (If the action is pending in another district, state where: <br> ) <br> ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Sony Electronics, Inc., c/o Sony Corp. of America, 555 Madison Ave., New York, NY 10022, which can be served at CSC - Lawyers Inco., 211 E. 7th Street #620, Austin, Texas 78701

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: The Anderson County Courthouse Annex, 703 N. Mallard #103B, Palestine, Texas 75801 or other location as agreed by the parties | Date and Time: <br> 01/28/2010 1:00 pm <br> or other date/time as agreed by parties |
|---|---|

The deposition will be recorded by this method:   stenographically transcribed by a court reporter

☐ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:  01/21/2010

*CLERK OF COURT*

OR  _____

_____  
*Signature of Clerk or Deputy Clerk*   *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   Commonwealth Scientific and Industrial Research Organisation                                       , who issues or requests this subpoena, are:
Jessica L. Hannah, Capshaw DeRieux LLP, 1127 Judson Road #220, Longview, Texas 75601
jhannah@capshawlaw.com, 903-233-4823

AO 88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 6:07-cv-204 LED

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* STEVE R HALL CIVIL PROCESS SERVER
was received by me on *(date)* 1-21-10 AT 2:05 PM

☑ I served the subpoena by delivering a copy to the named individual as follows: SONY ELECTRONICS INC. C/O SONY CORP. OF AMERICA DELIVERED TO REGISTERED AGENT CSC-LAWYERS INCO. 211 E 7TH STREET AUSTIN, TEXAS on *(date)* 1-21-10 AT 3:20 PM
DELIVERED TO SUE VERTREES CUSTOMER SERVICE LEADER

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ NONE

My fees are $ RUSH 90.00 for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 1-21-10

*Steve R Hall*
Server's signature

STEVE R HALL
Printed name and title

3300 BEE CAVE RD #650
AUSTIN, TEXAS 78746
Server's address

Additional information regarding attempted service, etc:

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| MARVELL SEMICONDUCTOR, INC. MARVELL ASIA PTE., LTD., and MARVELL INTL., LTD, <br><br>    Plaintiffs and Counterdefendants, <br><br>  v. <br><br>COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION, <br><br>    Defendant and Counterclaimant. | § § § § § § § § § § § § § § § § | Civil Action No. 6-07-CV-204 LED <br><br>**Jury Trial Demanded** |

**COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION'S NOTICE OF INTENT TO DEPOSE A REPRESENTATIVE FOR SONY ELECTRONICS, INC. PURSUANT TO FED. R. CIV. PRO. 30(B)(6)**

PLEASE TAKE NOTICE that pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Plaintiff Commonwealth Scientific and Industrial Research Organisation will take the deposition upon oral examination of Sony Electronics, Inc., 555 Madison Ave., Floor 8 c/o Sony Corp. of America, New York, NY 10022-3337, commencing on Thursday, January 28, 2010, at 9:00 a.m. or other date and time as agreed by the parties.  Sony Electronics, Inc. can be served through its registered agent for service of process Corporation Service Company d/b/a CSC – Lawyers Inco, 211 E. 7th Street, Suite 620, Austin Texas 78701.  This notice is a continuation of, and adds no new substance to, the notice served on Friday, November 20, 2009, in order to accommodate Sony Electronics Inc.'s request for a more convenient location.  The deposition will be conducted at Anderson County Courthouse Annex, 703 N. Mallard #103B, Palestine, Texas 75801, or other such place as agreed upon by the parties.  Sony Electronics, Inc. is directed to designate and produce one or more of its officers, directors, managing agents, or other

designated persons to testify on its behalf as to the information known or reasonably available to Sony Electronics, Inc. concerning the matters set forth in ATTACHMENT A.

This is an independent Rule 30(b)(6) notice that does not supersede, modify, or affect in any manner other Rule 30(b)(6) notices that have been served during this litigation.

The deposition will be recorded stenographically before a notary Public or other officer authorized to administer oaths, and shall continue day-to-day, excluding weekends and holidays, until completed.

DATED:  January 21, 2010     Respectfully submitted,

By: /s/ Jessica L. Hannah
    S. Calvin Capshaw
    State Bar No. 03783900
    Elizabeth L. DeRieux
    State Bar No. 05770585
    D. Jeffrey Rambin
    State Bar No. 00791478
    Jessica L. Hannah
    CA State Bar No. 261802
    Capshaw DeRieux, LLP
    1127 Judson Rd., Suite 220
    Longview, Texas 75601
    Telephone: (903) 236-9800
    Facsimile: (903) 236-8787
    E-mail: ccapshaw@capshawlaw.com
    E-mail: ederieux@capshawlaw.com
    E-mail: jrambin@capshawlaw.com
    E-mail: jhannah@capshawlaw.com

    **Attorneys for Defendant,**
    **COMMONWEALTH SCIENTIFIC AND**
    **INDUSTRIAL RESEARCH ORGANISATION**

## CERTIFICATE OF SERVICE

      I hereby certify that counsel of record who are deemed to have consented to electronic service are being served the 21st day January, 2010, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3), or to the extent not available in that manner, counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                                  /s/ Jessica L. Hannah  
                                                  Jessica L. Hannah

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| MARVELL SEMICONDUCTOR, INC. MARVELL ASIA PTE., LTD., and MARVELL INTL., LTD, <br><br>  Plaintiffs and Counterdefendants, <br><br> v. <br><br> COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION, <br><br>  Defendant and Counterclaimant. | Civil Action No. 6-07-CV-204 LED <br><br> **Jury Trial Demanded** |

## ATTACHMENT A

Definitions

The following terms and definitions shall apply to this Notice:

1) "And" as used herein shall mean and/or;

2) "Identification," "identify," or "identify," when used with reference to:

   a. An individual person means to state his or her full name, present or last known employer, job title, present or last known residential address and telephone number, and present or last known business address and telephone number;

   b. A business entity means to state the full name and address of the entity and the names and positions of the individual or individuals connected with such entity who have knowledge of the information requested; and

   c. A document means to state the type of document (letter, report, fact sheet, etc.); its date, author(s) or originator(s), addressees; all individuals who received copies of the document; the identity of the persons known or presumed by you to have

    present possession, custody, or control thereof; and a brief description of the subject matter and present location;

3) "Person" or "people" shall refer to any natural person, firm association, partnership, corporation, group, organization, or other form of legal business entity.

4) "You " or "your" means Sony Electronics, Inc. and includes any officers, directors, partners, associates, employees, staff members, agents, representatives, attorneys, foreign or domestic subsidiaries, parents, affiliates, divisions, successors, predecessors, and any other related entities, and specifically includes all assets or companies that have been acquired by Defendant or with respect to which it has succeeded to rights and/or obligations.

Sony Electronics, Inc. 30(b)(6) Deposition Topics

I. The documents, records, reports, and things contained in ATTACHMENT B and videos contained in ATTACHMENT D, (collectively referred to as "Material at Issue") including:

    A. The identification of the Material at Issue;

    B. Confirmation or denial that the Material at Issue is or was publicly available on your website;

    C. Confirmation or denial that Material at Issue was placed on the web by you;

    D. Confirmation or denial that the originals of the Material at Issue are within your "possession, custody or control" under Fed.R.Civ.P. 26(a)(1)(A)(ii);

    E. Confirmation or denial that the Material at Issue was *made* in the regular course of your business;

    F. Confirmation or denial that the Material at Issue was *kept* in the regular course of your business;

    G. Confirmation or denial that the Material at Issue was made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

    H. Confirmation or denial that the entries on or contained in the Material at Issue were made at or near the time of the act, event, statement, information, or transaction recorded or reflected in the Material at Issue;

    I. Confirmation or denial that it was in the regular course of your business for a person with knowledge of the acts, events, statements, conditions, or opinions recorded or reflected in or on the Material at Issue to make or record or transmit the information to be included in the Material at Issue; and

    J. Discussion, exploration, explanation, or investigation of the items above if the answers are anything other than a whole and unqualified confirmation, and to the extent that such answers are required, the documents, reports, videos, and other materials will be referred to separately as needed.

II. Confirm the identity of the following corporate officers:

    A. Howard Stringer;

      1) Ryoji Chubachi; and

      2) Kazuo Hirai.

III.     Confirm statements attributed to you in the article(s) in ATTACHMENT C.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| MARVELL SEMICONDUCTOR, INC. MARVELL ASIA PTE., LTD., and MARVELL INTL., LTD, § § § § § § Plaintiffs and Counterdefendants, § § v. § § COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION, § § § § Defendant and Counterclaimant. § § | Civil Action No. 6-07-CV-204 LED  **Jury Trial Demanded** |

## ATTACHMENT B

See file(s) contained on CD which was served on November 20, 2009.

A second copy will be sent via FedEx.

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS**

**TYLER DIVISION**

| | |
|---|---|
| MARVELL SEMICONDUCTOR, INC. MARVELL ASIA PTE., LTD., and MARVELL INTL., LTD, § § § § § | |
| Plaintiffs and Counterdefendants, § § § | Civil Action No. 6-07-CV-204 LED |
| v. § § § | **Jury Trial Demanded** |
| COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION, § § § § | |
| Defendant and Counterclaimant. § § | |

**ATTACHMENT C**

See file(s) contained on CD which was served on November 20, 2009.

A second copy will be sent via FedEx.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| MARVELL SEMICONDUCTOR, INC. MARVELL ASIA PTE., LTD., and MARVELL INTL., LTD, <br><br> Plaintiffs and Counterdefendants, <br><br> v. <br><br> COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION, <br><br> Defendant and Counterclaimant. | § § § § § § § § § § § § § § § <br><br> Civil Action No. 6-07-CV-204 LED <br><br> **Jury Trial Demanded** |

## ATTACHMENT D

See file(s) contained on CD which was served on November 20, 2009.

A second copy will be sent via FedEx.