# Exhibit M

# Jessica Hannah

**From:** Jeff Rambin
**Sent:** Wednesday, February 24, 2010 2:36 PM
**To:** Jessica Hannah
**Subject:** FW: Sony

---

**From:** Heit, Warren S. [mailto:wheit@paloalto.whitecase.com]
**Sent:** Tuesday, February 02, 2010 7:04 PM
**To:** Furniss, Daniel J.
**Cc:** Jeff Rambin
**Subject:** RE: Sony

Dear Dan,

Pending review of the specific documents, Marvell is willing to agree to stipulate the Sony documents are authentic and that they are business records. Marvell is expressly not agreeing to the admissibility of these documents and reserves its right to move to exclude their admission into evidence.

Please send us a draft of the stipulation including the Bates numbers of the documents you would like to be subject to the stipulation.

Regards,

Warren

-----Original Message-----
From: Furniss, Daniel J. [mailto:djfurniss@townsend.com]
Sent: Fri 1/29/2010 6:18 PM
To: Furniss, Daniel J.; Heit, Warren S.
Cc: jrambin@capshawlaw.com
Subject: RE: Sony

Warren,
To be clear we asked for stipulations as to authenticity and that they are business records. We are not asking that any other objection, such a relevancy be waived. The issues that involve Sony are authenticity and business records which would be the subject of a deposition. Any other objections would be preserved.
Dan


Daniel J. Furniss
Townsend and Townsend and Crew LLP
379 Lytton Avenue
Palo Alto, CA 94301-1431
(650) 326-2400 Telephone
(650) 326-2422 Fax
djfurniss@townsend.com
www.townsend.com
Offices in:
Denver | Palo Alto | San Francisco | Seattle | Walnut Creek
This message may contain confidential information. If you are not
the intended recipient and received this in error, any use, or distribution is strictly prohibited. Please also notify us immediately by return e-mail, and delete this message from your computer system. Thank you.

_____

From: Furniss, Daniel J.
Sent: Friday, January 29, 2010 2:15 PM
To: 'Heit, Warren S.'
Cc: jrambin@capshawlaw.com
Subject: RE: Sony


Thanks, Warren. But absent a stipulation these these are business records and therefore admissible, this does not resolve the issue. Please reconsider.
Dan


_____

From: Heit, Warren S. [mailto:wheit@paloalto.whitecase.com]
Sent: Friday, January 29, 2010 2:12 PM
To: Furniss, Daniel J.
Cc: jrambin@capshawlaw.com
Subject: Re: Sony


Dear Dan,?? ??

Marvell is amenable to stipulating to authentication of a reasonable number of documents.  Please provide a list of which Sony documents you are requesting be stipulated as authentic.?? ??

With respect to your earlier request regarding admissibility of the Sony documents, Marvell will not agree to stipulate to admissibility of these documents and reserves its right to move to exclude.?? ??

Regards,?? ??

Warren?

_____

From: Furniss, Daniel J. <djfurniss@townsend.com>
To: Heit, Warren S.
Cc: Jeff Rambin <jrambin@capshawlaw.com>
Sent: Fri Jan 29 12:58:54 2010
Subject: Sony



Warren,
Any word from your client on this. It seems a waste of time and money given that these are all publicly availabe documents.

Dan



_____

This message may contain confidential information. If you are not the intended recipient and received this message in error, any use or distribution of this message is strictly prohibited. Please also notify us immediately by return e-mail, and delete this message from your computer system. Thank you.
_____

===============================================================================
This email communication (and any attachments) are confidential and are intended only for the individual(s) or entity named above

and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning 650-213-0300. Please then delete the email and any copies of it. This information may be subject to legal professional or other privilege or may otherwise be protected by work product immunity or other legal rules. Thank you
==============================================================================


==============================================================================
This email communication (and any attachments) are confidential and are intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning 650-213-0300. Please then delete the email and any copies of it. This information may be subject to legal professional or other privilege or may otherwise be protected by work product immunity or other legal rules. Thank you
==============================================================================