# Exhibit N

# Jessica Hannah

| | |
|---|---|
| **From:** | Jessica Hannah |
| **Sent:** | Tuesday, February 23, 2010 3:25 PM |
| **To:** | 'Lerner, Julieta' |
| **Cc:** | Calvin Capshaw; Elizabeth DeRieux; Jeff Rambin; Frederick G. Michaud; Monica Avery; Heit, Warren S.; Yokoyama, Jennifer; Bagdasarian, Amy J. |
| **Subject:** | RE: Marvell v CSIRO 607cv204 |
| **Attachments:** | 2010-2-11 Marvell v CSIRO Stipulation regarding Sony Docs.docx; FW: Sony |

Dear Julieta,

Thank you for getting back to me.  I am aware of the parties' agreement with respect to stipulating to the authenticity of certain documents on the exhibit lists for trial.

However, I think the documents I've identified in the draft stipulation comprise a distinct issue for at least three reasons.  First, as shown in the attached email from Warren Heit to Dan Furniss, Marvell already agreed to the requested stipulation, subject only to the identification of the documents at issue.  I identified the documents at issue on February 12, 2010---though a larger set of documents was identified back in January.  Second, unlike the parties' agreement regarding all exhibits going forward, the draft stipulation addresses a bulk of documents that as a whole were (and many still are) publicly accessible on a third-party website.  All we are asking for is a stipulation that these documents are authentic business records from Sony.  Finally, the stipulation addresses third-party documents.  These are not documents from a party to the case.  As a result, absent stipulation, CSIRO will be forced to resort to obtaining evidence that these are authentic business records from the third party—a time consuming and costly endeavor, when compared with dealing with documents obtained from a party to the case.  As a result, we cannot agree to wait on a later stipulation as to these documents and I am attaching the draft stipulation and again request a response by the end of the day today.

Best,

Jessica

---

**From:** Lerner, Julieta [mailto:jlerner@paloalto.whitecase.com]
**Sent:** Monday, February 22, 2010 2:49 PM
**To:** Jessica Hannah
**Cc:** Calvin Capshaw; Elizabeth DeRieux; Jeff Rambin; Frederick G. Michaud; Monica Avery; Lord, John E.; Heit, Warren S.; Yokoyama, Jennifer; Bagdasarian, Amy J.
**Subject:** RE: Marvell v CSIRO 607cv204

Hello Jessica,

I have received the draft stipulation regarding the Sony documents.  However, earlier today the parties agreed to work together on stipulating to the authentication of documents to avoid having to do so at trial.  ==In the interest of efficiency, the Sony documents should be included in the parties' later discussions and meet and confer efforts on authentication issues.==

Best,

Julieta

**Julieta L. Lerner**
**White & Case LLP**
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto CA 94306
Telephone: + 650-213-0301
Fax:         + 650-213-8158
jlerner@whitecase.com

---

**From:** Jessica Hannah [mailto:jhannah@capshawlaw.com]
**Sent:** Monday, February 22, 2010 9:48 AM
**To:** Lerner, Julieta
**Cc:** Calvin Capshaw; Elizabeth DeRieux; Jeff Rambin; Frederick G. Michaud; Monica Avery; Lord, John E.; Heit, Warren S.
**Subject:** RE: Marvell v CSIRO 607cv204

Hi Julieta,

I sent you a draft stipulation regarding the Sony Documents ten days ago, as well as an email following up last Thursday morning.  Yet, I have yet to hear back from you with even a confirmation that you received the draft stipulation.  Can you please confirm receipt of the draft stipulation by the end of the day today?  I would also request that Marvell communicate a position on the draft stipulation by the end of the day tomorrow.  Please let me know if you will be unable to accommodate these requests.

Best,

Jessica L. Hannah
Attorney
Capshaw DeRieux, L.L.P.
1127 Judson Road, Suite 220
Longview, Texas 75601
Direct:  (903) 233-4823
Facsimile:  (903) 236-8787
http://www.capshawlaw.com

---

**From:** Jessica Hannah
**Sent:** Thursday, February 18, 2010 8:28 AM
**To:** 'Lerner, Julieta'
**Cc:** Calvin Capshaw; Elizabeth DeRieux
**Subject:** RE: Marvell v CSIRO 607cv204

Hi Julieta,

I just wanted to verify you received the email below, along with the attachment.  If so, please let me know if I can expect a response from Marvell soon.

Best,

Jessica

**From:** Jessica Hannah
**Sent:** Friday, February 12, 2010 10:02 AM
**To:** 'Lerner, Julieta'
**Cc:** Jeff Rambin; Elizabeth DeRieux; Calvin Capshaw; Monica Avery; Lord, John E.; Heit, Warren S.
**Subject:** RE: Marvell v CSIRO 607cv204

Dear Julieta,

I have revised the draft stipulation to reflect a smaller set of documents, in accordance with both parties' effort to limit our exhibit lists. This version includes less than 1/3 of the originally identified set of documents.

I want to point out that Bates No. DS0007770 -DS0007774 is included in the stipulation. However, this document is not from Sony's website. It is a news article from the Times Online with Sony's officer Mr. Hirai.

Please let me know if you have any questions.

Best,

Jessica L. Hannah
Attorney
Capshaw DeRieux, L.L.P.
1127 Judson Road, Suite 220
Longview, Texas 75601
Direct:  (903) 233-4823
Facsimile:  (903) 236-8787
http://www.capshawlaw.com

---

**From:** Lerner, Julieta [mailto:jlerner@paloalto.whitecase.com]
**Sent:** Thursday, February 04, 2010 6:25 PM
**To:** Jessica Hannah
**Cc:** Jeff Rambin; Elizabeth DeRieux; Calvin Capshaw; Monica Avery; Lord, John E.; Heit, Warren S.
**Subject:** RE: Marvell v CSIRO 607cv204

Dear Jessica,

The stipulation that you provided seeks the authentication of approximately 153 Sony documents (4,202 pages), one video, and one spreadsheet of 112 pages. As you point out, some of the documents are very large.

Pursuant to the Court's order, in two weeks from now (on February 19th) the parties are required to exchange exhibit lists. My understanding based on conversations with John Lord is that the parties are striving to make the number of exhibits reasonable (he mentioned in the realm of 400 CSIRO exhibits) because Judge Davis would not be pleased by overly-inclusive exhibit lists. Given the number of exhibits that CSIRO plans to list for the whole trial, it does not make sense that 153 of these approximately 400 exhibits would be Sony documents.

In the interest of efficiency, Marvell is willing to review and to stipulate the authenticity of Sony documents to the extent appropriate, but only those documents and materials that CSIRO plans to include on its exhibit list on February 19.

Best,

Julieta

**Julieta L. Lerner**
**White & Case LLP**
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto CA 94306
Telephone: + 650-213-0301
Fax:         + 650-213-8158
jlerner@whitecase.com

---

**From:** Jessica Hannah [mailto:jhannah@capshawlaw.com]
**Sent:** Thursday, February 04, 2010 12:27 PM
**To:** Lerner, Julieta
**Cc:** Jeff Rambin; Elizabeth DeRieux; Calvin Capshaw; Monica Avery; Heit, Warren S.
**Subject:** RE: Marvell v CSIRO 607cv204

Hi Julieta,

I understand that Marvell has agreed to the stipulation noted in the email below.  The documents at issue correspond with Bates Numbers DS0004858-DS0009060, DS0010234, and DS0010236, as identified in the attached draft stipulation.  Per your voicemail, hopefully you've already had a chance to review these documents, as there are some large documents included (200+ pages).  Please let me know if you have any questions.

Best,

Jessica

---

**From:** Jessica Hannah
**Sent:** Friday, January 22, 2010 12:05 PM
**To:** 'jlerner@whitecase.com'
**Subject:** Marvell v CSIRO 607cv204

Hi Ms. Lerner,

I just left you a voicemail.  I was calling about the subpoenas we served on Sony originally in November.  I've been told that Mr. Heit has requested that we identify the documents at issue that are relevant to that subpoena, as CSIRO has requested that Marvell stipulate to the authenticity of these documents.  We served the subpoenas on Monday, November 23, 2009, and also on that day, we FedExed a cd with all the attachments to you, which you should have received the next day.  The documents contained on this cd are the pertinent documents that we would like a stipulation as to authenticity.  There are a number of different documents, including screenshots from Sony's website and financial documents publicly available on Sony's website, among others.  Please feel free to call me if you have any questions.

Best,

Jessica L. Hannah
Attorney
Capshaw DeRieux, L.L.P.

1127 Judson Road, Suite 220
Longview, Texas 75601
Direct:  (903) 233-4823
Facsimile:  (903) 236-8787
http://www.capshawlaw.com


```
--
NOTICE:  This communication is confidential and is made for the purpose of obtaining
legal advice or preparing for legal proceedings and is therefore subject to the attorney-
client work product privileges.  If you have received it by mistake, let us know by e-
mail reply and delete it from your system.  You may not copy this message or disclose its
contents to anyone.
```

==============================================================================
This email communication (and any attachments) are confidential and are intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning 650-213-0300. Please then delete the email and any copies of it. This information may be subject to legal professional or other privilege or may otherwise be protected by work product immunity or other legal rules. Thank you
==============================================================================
==============================================================================
This email communication (and any attachments) are confidential and are intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning 650-213-0300. Please then delete the email and any copies of it. This information may be subject to legal professional or other privilege or may otherwise be protected by work product immunity or other legal rules. Thank you
==============================================================================