# Exhibit R

