# Exhibit U



