# Exhibit V

Find friends. Download demos.
Join the conversation.

Search PlayStation.com >>

# About SCEA

Management
The PlayStation® Story
PlayStation® Milestones
Community Involvement
Resources
Our Offices
Careers
Sponsorships



Sony Computer Entertainment America Inc. (SCEA) is responsible for the continued growth of the PlayStation® market in the United States and Canada. Based in Foster City, California, SCEA serves as headquarters for all North American operations and is a wholly owned subsidiary of Sony Computer Entertainment Inc. (SCE) that reports directly back to SCE in Japan.

 **PlayStation Story**
See where we've been and where we're going
**10+ years of innovation**

 **Management**
A Warm hello from the North American PlayStation team
**Meet the Team**

SCEA's advanced hardware technology enables the most talented developers to produce vanguard titles, setting new standards in interactive entertainment. The PlayStation® family of products has taken home entertainment to never before imagined heights - whatever your interests, the PlayStation® entertainment products have something for you.



| | | |
|---|---|---|
| Forums | Contact Us | Consumer Alerts |
| Support | About SCEA | Privacy Policy |
| Where to Buy | Careers | Site Map |
| Register your Product | Press Releases | Country Selector |

© 2009 Sony Computer Entertainment America Inc. All Rights Reserved.    **Terms of Service**