# Exhibit W

Find friends. Download demos.
Join the conversation.

Search PlayStation.com     >>

Systems     Accessories     Features     Games     Support





| | | |
|---|---|---|
| Forums | Contact Us | Consumer Alerts |
| Support | About SCEA | Privacy Policy |
| Where to Buy | Careers | Site Map |
| Register your Product | Press Releases | Country Selector |

© 2009 Sony Computer Entertainment America Inc. All Rights Reserved.     Terms of Service

Find friends. Download demos.
Join the conversation.
JOIN NOW    LOG IN

Search PlayStation.com    >>

**Systems**    **Accessories**    **Features**    **Games**    **Support**





**Limited Edition PlayStation®3 Bundle**
Learn More »

**3.15**    **Get the latest System Update**



PlayStation.Blog
**MAG Developer Tips: Squad Leader**
Now that you've learned some general leadership techniques in MAG...
Read Full Article



PlayStation.Blog
**Coming to PSN this Week: Grandia PSOne...**
Finally! Grandia will be available for download on the North...
Read Full Article

**PS3™ Forums**
Chat with gamers in the Forums

**Latest news on PS3™**
What's happening on PlayStation.Blog

View All PlayStation®3 System Games



1-4 of 15



      

| PLAYSTATION®3 Wireless Keypad | Rock Band Otis Redding Pack 01 | Rock Band Fascination | Rock Band Stray Cat Strut | Rock Band I'm Sick Y'all |

**Systems** | **Accessories** | **FAQ**        Log on your PlayStation®3 Console to see more store items

## Manuals
Access online and downloadable guides for the PLAYSTATION®3 »

## PLAYSTATION®3 Warranty
Read warranty information for your PLAYSTATION®3 »

## Top Knowledge Center Answers for PLAYSTATION®3

1. Backwards Compatibility on the PLAYSTATION®3
2. Using Vouchers and PSN cards
3. Set up your PS3
4. Guide for transferring files
5. Connect your PS3 to the Internet

Service | System Software Updates | PlayStation®Network Topics | Forums | Contact Customer Service



| Forums | Contact Us | Consumer Alerts |
| Support | About SCEA | Privacy Policy |
| Where to Buy | Careers | Site Map |
| Register your Product | Press Releases | Country Selector |

© 2009 Sony Computer Entertainment America Inc. All Rights Reserved.          **Terms of Service**



DS0012500

definition viewing experience available. Whether it's gaming, Blu-ray movies, music or online services, experience it all with the PlayStation®3 system.

The PlayStation®3 250GB system includes:

- PlayStation®3 computer entertainment system* (**Technical Specifications**)

  - 250GB HDD for storing games, music, videos and photos
  - High-Definition Blu-ray player for the best movie experience
  - Internet ready with built-in Wi-Fi
  - Two USB ports
  - HDMI output for 1080p resolution (cable sold separately)
  - Plays DVDs and CDs
  - Cell Broadband Engine advanced microprocessor

- **DUALSHOCK®3 wireless controller**

- Free **PlayStation®Network** membership

- AC power cord

- AV cable

- USB cable

*Vertical stand sold separately. Available November 2009

*User responsible for all applicable Internet fees. Some services or features may require additional fees. Video output in HD requires cables and an HD-compatible display, both sold separately. Copy-protected Blu-ray video discs can only output at 1080p using an HDMI cable connected to a device that is compatible with the HDCP standard. HDMI cable not included. If a device that is not compatible with the HDCP (High-bandwidth Digital Content Protection) standard is connected to the system using an HDMI cable, video and/or audio cannot be output from the system. Due to manufacturing differences, some optical discs may not perform properly.

**Explore other PlayStation®3 systems**

PlayStation.com - PLAYSTATION®3 - Systems

**New PlayStation®3 250GB System**

New PlayStation®3 120GB System

Learn More »

Limited Edition PlayStation®3 Uncharted: Drake's Fortune™ Bundle

Learn More »

PlayStation®3 80GB System

Learn More »

Compare Systems

Compare PS3™ systems »

FAQs

PS3™ system FAQs »

Accessories

PS3™ system Accessories »

SONY COMPUTER ENTERTAINMENT

See. Hear. Play. Shop. Sony

**ESRB**

- Forums
- Support
- Where to Buy
- Register your Product
- Consumer Alerts
- Privacy Policy
- Site Map
- Country Selector

- Contact Us
- About SCEA
- Careers
- Press Releases

© 2009 Sony Computer Entertainment America Inc. All Rights Reserved. Terms of Service

http://www.us.playstation.com/PS3/Systems/250gb.html (3 of 3) [1/14/2010 9:10:13 AM]

DS0012502