# Exhibit X



February 24, 2010 | Site Map | Home



You are here: Home / Corporate Information / Overview

- **Overview**
- Sony Brand
- Company of Firsts
- Press/Analyst Contacts
- Executive Biographies & Photos
- Community
- Environmental
- Business Locations
- Sony Site Links
- Site Map

**Sony Electronics Overview**

For more than 40 years, North America has had a love affair with the Sony brand. During that time, Sony has created numerous products and technologies that have helped make consumers' lives easier, more enjoyable and more productive. At the same time, the company has earned a solid reputation for quality, reliability, innovation and stylish design. In fact, the Harris Poll has identified Sony as a top brand in America, as the company has held the top three positions over the past 12 years including the number one position for nine years.

The company is committed to maintaining a leadership position in consumer electronics, broadcast and professional systems and information technology products. Sony is also committed to developing new technologies that reflect the networked convergence of audio, video and information technology.

==Sony Electronics is the largest component of Sony Corporation of America,== the U.S. holding company for Sony's U.S.-based electronics and entertainment businesses. Sony's principal U.S. businesses include: Sony Electronics Inc., Sony BMG Music Entertainment Inc.; Sony Pictures Entertainment; Sony Broadband Entertainment; Sony Computer Entertainment America and Sony Wonder Technology Lab.

Sony Electronics Inc is headquartered in San Diego, Calif. and is a leading provider of audio/video electronics and information technology products for the consumer and professional markets. Operations include research and development, design, engineering, manufacturing, sales, marketing, distribution and customer service.

The company is noted for a wide range of consumer audio-visual products, such as the BRAVIA® HD TV, Cyber-shot® digital camera, Handycam® camcorder, Walkman® personal stereo and Memory Stick® flash media. Sony is also an innovator in IT products, including VAIO® personal computers; and high-definition professional broadcast and video products, highlighted by the XDCAM® HD and CineAlta™ lines of cameras and camcorders, and the SXRD™ 4K digital projector. Sony also co-developed the Blu-ray, Disc™, CD, DVD and Super Audio CD technologies.  For the latest news and information, please see our Web site at www.sony.com/news.

| Sony.com | Sony News & Information (En Espanol) | Sony Corporation of America News & Information |
| Sonystyle.com | Sony Customer Service & Support | Sony Global News & Information | Sonyjobs.com |

SiteMap | Contact Sony | ==© 2010 Sony Electronics Inc.== | Trademarks | Privacy Policy/Your California Privacy Rights