# Exhibit Y

Visit the online Outlet Store for amazing weekly deals

Login    My Account    My Cart    Search

Model number: PS398018

# PlayStation®3 250GB System

Slimmer and lighter than ever, the PS3™ 250GB system comes with free access to the PlayStation®Network, built-in Wi-Fi, Blu-ray Disc™ player and hard disk drive storage for games, music, videos and photos.

ADDITIONAL IMAGES

$349.99

As low as $15.00/month**

In Stock
Estimated ship date: 11/12/2009

ADD TO CART

Add to Wishlist

## It Only Does Everything™

Boasting blistering processing speeds and eye-popping graphics, the PlayStation®3 will change the way you think about gaming. In addition to an ever-growing catalog of games, the PS3™ features the Cell Broadband Engine™, integrated Blu-ray Disc™ player and 250GB hard disk drive to deliver the ultimate high-definition entertainment experience.

DS0008923

### Your Favorite Movies Just Got Better

More than a gaming system, the PS3 delivers a whole new world of entertainment. A built-in Blu-ray Disc player lets you watch movies in stunning Full HD 1080p resolution with theater-quality sound. It also upscales your DVDs to near HD quality with DVD upscaling[1] and with BD-Live[2] technology, you can download bonus content, games, trailers and more.

### Surf the Web

Thanks to built-in Wi-Fi, the entire web is at your disposal. You can set up a wired or wireless internet connection[3] and download games, movies, TV shows and more straight to your PlayStation[3] system via PlayStation Network or at the PlayStation®Store. Hook up a USB-certified or Bluetooth-enabled keyboard and mouse to make browsing even easier.

### Free PlayStation Network Membership

Take your gaming to a new level with your free PlayStation®Network account[4]. Connect with other players and partake in online multiplayer games, enter tournaments, and create and share content with other PlayStation Network users. Plus, you can keep track of what games your friends are playing with Friend's List.

### All-in-One Media Center

Share your music, photos and videos with friends and family from one convenient location. Designed to support all major codecs, you can play virtually any digital file as well as Blu-ray Disc movies, DVDs, CDs, or connect a compatible USB device5 to the PS3 system's hard drive and enjoy your photos, videos and music anytime you like.

### Entertainment Beyond Games

More than an high-definition gaming system, the PS3 lets you rip music to the hard disk drive, import, store and display photos from any digital camera or memory unit, as well as upload digital videos. You can also play your existing library of DVDs, CDs and any new Blu-ray Disc formatted movies.

### Welcome to the Future of Compatibility

Experience total entertainment on the road as well as at home with Remote Play. Use your PlayStation Portable (PSP) to access your PS3 system via a wireless internet connection[4] and enjoy all the music, videos and pictures stored on your PlayStation3. Plus, the PSP® system can even fire up your PS3 system remotely from stand-by mode with Remote Start.

## Product Reviews

AVERAGE RATING | 0 REVIEWS

1 of 1 (100%) customers would recommend this product to a friend

View All Reviews

Sony Style    Games    PlayStation3

| Shop | Support | Contact | Connect | Sign up for email updates |
|---|---|---|---|---|
| Vaio Notebooks | Order Status | Sony Style | Sony Style Blog | Enter E-mail Address |
| Bravia Television | Product Support | Affiliate Program | Write a Review | |
| Cyber-shot Digital Cameras | Backstage PC Services | Business Sales | Backstage 101 | Zip Code |
| Reader Digital Book | Parts & Accessories | Education Store | Digital Darkroom | |
| Playstation 3 | Product Registration | | Recycling Program | View sample e-mail |

sonystyle.com/webapp/.../ProductDispla... 2/3

DS0008924

Service Plans

Why do we want your zip code?

3/3

Shop Sony Style by Phone (1-877-865-7669)   Visit a Sony Style Retail Store or Sony Retailers

Sitemap | Website Terms | Feedback

Copyright ©2009 Sony Electronics Inc. All Rights Reserved.   Terms and Conditions | Privacy Policy/Your California Privacy Rights

DS0008925



DS0009060



DS0009059