# Exhibit AA



Global

Top > About Sony Group > Sony Corp. Info > Organization Data

# Sony Corp. Info

- Corporate Data
- Organization Data
- Executives
- Press Releases
- Financial Highlights
- Affiliated Companies
- Access & Map
- Sony Design
- History
- Procurement Activities
- SonyCorp.Info SiteMap

**Organization Data**



Sony Group Organizational Chart Summary (as of February 1st, 2010)

Consumer Products & Devices Group: Sony Disc & Digital Solutions, B2B Solutions Business Group, Semiconductor Business Group, Device Solutions Business Group, Personal Imaging & Sound Business Group, Home Entertainment Business Group

Networked Products & Services Group: Network Mobile center, Sony Network Entertainment, Personal Devices Business Division, VAIO Business Group, Sony Computer Entertainment

Sony Ericsson Mobile Communications, Sony Music Entertainment, Sony Pictures Entertainment, Sony Financial Holdings Group

Common Platforms:
- Global Sales & Marketing Platform
- Manufacturing, Logistics, Procurement and CS Platform
- R&D, Common Software Platform

Headquarters

Copyright 2010 Sony Corporation