# Exhibit EE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| MARVELL SEMICONDUCTOR, INC. MARVELL ASIA PTE., LTD., and MARVELL INTL., LTD, §§§§§<br><br>Plaintiffs and Counterdefendants, §§§<br><br>v. §§<br><br>COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION, §§§§<br><br>Defendant and Counterclaimant. §§§ | Civil Action No. 6-07-CV-204 LED<br><br>**Oral Argument Requested**<br><br>**Jury Trial Demanded** |

## JOINT STIPULATION REGARDING SONY DOCUMENTS

Marvell Semiconductor, Inc., Marvell Asia Pte., Ltd., and Marvell Intl., Ltd. ("Marvell") and Commonwealth Scientific and Industrial Research Organisation ("CSIRO") have met and conferred regarding subpoenas served by CSIRO on Sony Computer Entertainment America, Inc. and Sony Electronics, Inc. ("Sony Subpoenas"). The parties have reached the following agreement regarding documents produced by CSIRO in relation to the Sony Subpoenas and identified by Bates Numbers indicated below ~~DS0005605-DS0005617; DS0005647-DS0005661; DS0005692-DS0005705; DS0005865-DS0005875; DS0005946-DS0005957; DS0005959-DS0005997; DS0006254-DS0006292; DS0006533-DS0006572; DS0007148-DS0007705; DS0007714-DS0007750; DS0007775-DS0007827; DS0007841-DS0007864; DS0007903-DS0007923; DS0007926-DS0008045; DS0008725-DS0008820; DS0008923-DS0008925; DS0008945-DS0008952; DS0010236; DS0012498-DS0012499; DS0012500-DS0012508; DS0012512; and DS0012513-12514~~ ("Sony Docs."):

    1) Based on CSIRO's representation that the Sony Docs. were downloaded by CSIRO from either Sony Computer Entertainment America Inc.'s and/or Sony Electronics Inc.'s websites,

Marvell stipulates that, for purposes of this matter only, the Sony Docs. identified below will be treated as ~~are~~ authentic business records under Federal Rules of Evidence Rules 803(6) and 901:~~;~~

DS0005605-DS0005617; DS0005647-DS0005661; DS0005692-DS0005705; DS0005865-DS0005875; DS0005946-DS0005957; DS0005959-DS0005997; DS0006254-DS0006292; DS0006533-DS0006572; DS0007148-DS0007705; DS0007714-DS0007750; DS0007778-DS0007827; DS0007841-DS0007864; DS0007916-DS0007923; DS0007926-DS0008045; DS0008725-DS0008820; DS00010236; and DS0012498-DS0012499;

2) Based on CSIRO's representation that the Sony Docs. were downloaded by CSIRO from either Sony Computer Entertainment America Inc.'s and/or Sony Electronics Inc.'s websites, Marvell stipulates that, for purposes of this matter only, it will treat the Sony Docs. identified below as authentic under Federal Rule of Evidence 901:

DS0007775-DS0007777; DS0007903-DS0007915; DS0008923-DS0008925; DS0008945-DS0008952; DS0012500-DS0012508; DS0012512; and DS0012513-12514;

~~2) Marvell further stipulates that it is on notice of the Sony Docs. for the purposes of Federal Rules of Evidence Rule 902(11); and~~

3) By entering into this stipulation, Marvell is (1) taking no position relative to the Sony Docs. other than as explicitly set forth in paragraphs 1 and 2 above, (2) not agreeing to the admissibility of the Sony Docs.,~~on any other bases and~~ (3) reserv~~es~~ing its right to make objections relating to the admissibility of the Sony Docs., and (4) reserving its right to move to exclude their admission into evidence ~~based on those objections~~; and .

4) This stipulation shall only apply in the above-captioned litigation and will not have any force or effect otherwise.

Approved as to form and substance this _____ day of _____ 2010.

2

By:_____
    Warren S. Heit, Lead Attorney
    State Bar No. 164658
    wheit@whitecase.com
    WHITE & CASE LLP
    3000 El Camino Real
    5 Palo Alto Square, 10th Floor
    Palo Alto, CA 94304
    Tel: (650) 213-0300
    Fax: (650) 213-8158

    Andy Tindel
    State Bar No. 20054500
    atindel@andytindel.com
    PROVOSTUMPHREY LAW FIRM, L.L.P.
    112 East Line Street, Suite 304
    Tyler, Texas 75702
    Tel: (903) 596-0900
    Fax: (903) 596-0909

    **Attorneys for Plaintiffs/Counterdefendants,**
    **MARVELL SEMICONDUCTOR, INC.,**
    **MARVELL ASIA PTE., LTD.,**
    **MARVELL INTL., LTD.**

Approved as to form and substance this _4th_ day of _March___ 2010.


By:___/s/ S. Calvin Capshaw_____
    Gary H. Ritchey (CA State Bar No. 136209)
    ghitchey@townsend.com
    Jordan Trent Jones (CA State Bar No. 166600)
    jtjones@townsend.com
    TOWNSEND AND TOWNSEND AND CREW LLP
    379 Lytton Avenue

Palo Alto, CA 94301
Tel.: (650) 326-2400/Fax: (650) 326-2422

S. Calvin Capshaw
State Bar No. 03783900
ccapshaw@capshawlaw.com
Elizabeth L. DeRieux
State Bar No. 05770585
ederieux@capshawlaw.com
D. Jeffrey Rambin
State Bar No. 00791478
jrambin@capshawlaw.com
Jessica L. Hannah
CA State Bar No. 261802
jhannah@capshawlaw.com
Capshaw DeRieux, L.L.P.
1127 Judson Road, Suite 220
Longview, Texas 75601
Telephone:  (903) 236-9800
Facsimile:  (903) 236-8787

**Attorneys for Defendant and Counterclaimant COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION**

4