# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| MARVELL SEMICONDUCTOR, INC. MARVELL ASIA PTE., LTD., and MARVELL INTL., LTD, <br><br>　　　　Plaintiffs and Counterdefendants, <br><br>　　v. <br><br>COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION, <br><br>　　　　Defendant and Counterclaimant. | Civil Action No. 6-07-CV-204 LED <br><br>**Jury Trial Demanded** |

## ORDER

Before the Court is Commonwealth Scientific and Industrial Research Organisation's ("CSIRO") Motion to Compel Sony Computer Entertainment America, Inc., and Sony Electronics, Inc., To Produce 30(b)(6) Deponents.  Having considered the parties arguments and evidence, and good cause being shown, CSIRO's Motion to Compel Sony Computer Entertainment America, Inc., and Sony Electronics, Inc., To Produce 30(b)(6) Deponents is hereby **GRANTED**.  Within ten business days of this Order, Sony Computer Entertainment America, Inc., and Sony Electronics, Inc., are each hereby ordered to appear for deposition at the offices of Capshaw DeRieux, LLP.

　　　IT IS SO ORDERED.