# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| MARVELL SEMICONDUCTOR, et al. § | |
| § | |
|     **Plaintiffs** § | |
| § | |
| vs. § | CASE NO. 6:07 CV 204 |
| § | PATENT CASE |
| COMMONWEALTH SCIENTIFIC AND § | |
| INDUSTRIAL RESEARCH § | |
| ORGANISATION § | |
| § | |
|     **Defendants** § | |

## ORDER

Commonwealth Scientific and Industrial Research Organisation's (CSIRO) Motion for Summary Judgment on Marvell's Third through Sixth Causes of Action (Docket No. 232) is before the Court. Having considered the parties' written submissions and oral arguments, the Court **GRANTS** the motion. An opinion will follow.

    **So ORDERED and SIGNED this 28th day of April, 2010.**



    **LEONARD DAVIS**
    **UNITED STATES DISTRICT JUDGE**